# IN THE UNITED STATES BANKRPUTCY COURT MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

JOSE G. GOTERA

Debtor

_____/

Case No 6:14-bk-05926-ABB
Chapter 13

**FILED VIA MAIL**

JUL 0 7 2014

CLERK U.S BANKRUPTCY,
ORLANDO DIVISION

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney appears in this case on behalf of Kaloti Logistics & Metals, (the " Creditor) and request service of all notice, pleadings, and other papers filed in this case as required by the Federal Rules of Bankruptcy Procedure or by order of the Court.

_____

**Regina M. Campbell, Esquire**
Florida Bar No. 74842
**THE CAMPBELL LAW GROUP, P.A.**
r.campbell@thecampbelllawgroup.com
2000 Ponce De Leon Blvd
6th Floor
Coral Gables, FL 33134
Attorneys for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the 2nd day of July, 2014, to:

Joese Gotera Jewelry, Inc.
11709S. Orange Blossom Trail
Suite# 105
Orlando, FL 32837
Debtor

Laurie K. Weatheford
Post Office Box 3450
Winter Park, FL 32790
Chapter 13 Trustee

Francisco J. Gonzalez
Gonzalez Law Firm
1525 International Parkway
Heathrow, FL 32746
Counsel for Debtor

United States Trustee-ORL 7/13
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St. Suite 1100
Orlando, FL 32801
U.S. Trustee